**IT IS SO ORDERED.**

**Dated:  11:13 AM June 06 2011**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **10-50494** |
| | ) | |
| **Fair Finance Company**, | ) | CHAPTER **7** |
| DEBTOR(S) | ) | |
| | ) | |
| **Brian A Bash**, | ) | |
| PLAINTIFF(S), | ) | **ADVERSARY NO.  11-5020** |
| | ) | |
| vs. | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| **Jeffrey W. Osler and Dana D. Osler**, | ) | |
| DEFENDANT(S). | ) | **ORDER AND MEMORANDUM OF PRE-TRIAL CONFERENCE HELD ON June 01, 2011** |
| | ) | |
| | ) | |

**PARTICIPANTS:**

  Breaden M Douthett    *as counsel for*    Brian A Bash

  Ray H Stoess    *as counsel for*    Dana D. Osler

  Jeffrey Osler        *pro se*

Based upon the representations of counsel during the pre-trial conference a telephonic status conference *(to be initiated by the Court)* for the purpose, if necessary, of scheduling a trial or other manner of disposition shall be held on at . If counsel will not be at the telephone number listed in his or her pleadings, counsel shall contact the Court by not later than **12:00 noon on the day prior to the scheduled status conference date** to supply the telephone number at which he or she can be reached. The provisions set forth in Judge Shea-Stonum's memorandum regarding the use of cellular telephones for pre-trial conferences (found on the Court's web site www.ohnb.uscourts.gov) shall apply to the telephonic status conference.

The parties and/or their counsel shall comply with the following:

1. By not later than July 08, 2011, all discovery in this matter shall be completed.

2. By not later than August 12, 2011, all handwriting analyses shall be completed.

**ADDITIONAL INFORMATION:**

Counsel for the Trustee is directed to upload a proposed order granting default judgment against Mr. Osler, but should note in that order Mr. Osler's participation in the pre-trial conference and Mr. Osler's admission of liability on the Note.

# # #

cc (*via* electronic mail):

| Breaden M Douthett | *as counsel for* | Brian A Bash |
| Ray H Stoess | *as counsel for* | Dana D. Osler |

cc (*via* regular mail):

Jeffrey Osler
14353 East 113 Street
Fortville, IN 46040